IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN MARCH,<br><br>             Plaintiff,<br><br>   v.<br><br>TWIN CITIES POLICE AUTHORITY, et. al.,<br><br>             Defendants.<br>                                                          / | No. C 14-00512 SI<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF** |

On April 10 and 14, 2014, defendants filed motions to dismiss and motions to strike plaintiff's complaint. Docket Nos. 9-11. A hearing on the motions in currently scheduled for Friday, June 27, 2014 at 9:00 a.m. By the present motion, plaintiff, who is proceeding pro se, moves for a 29-day extension of time to file his response to defendants' motions. Docket No. 13. For good cause shown, the Court GRANTS plaintiff's motion for an extension of time. Plaintiff's oppositions are due by **May 23, 2014**. Defendants' replies are due by **May 30, 2014**.

In his motion, plaintiff also requests a continuance of the June 27, 2014 hearing. Docket No. 13. However, plaintiff does not state that he has a conflict with the current hearing date, and under the current schedule, the briefing on the motions is due well in advance of the June 27, 2014 hearing. Accordingly, at this time, the Court declines to continue the hearing date.

**IT IS SO ORDERED.**

Dated: April 23, 2014

                                                                                  SUSAN ILLSTON
                                                                                  United States District Judge