IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN MARCH, | No. C 14-00512 SI |
| Plaintiff, | **ORDER DENYING AS MOOT DEFENDANTS' MOTIONS TO DISMISS AND TO STRIKE** |
| v. | |
| TWIN CITIES POLICE AUTHORITY, et. al., | |
| Defendants. | |

On April 10 and 14, 2014, defendants filed motions to dismiss and motions to strike plaintiff's complaint. Docket Nos. 9-11. A hearing on the motions is currently scheduled for Friday, June 27, 2014 at 9:00 a.m. Pursuant to Civil Local Rule 7-1(b), the Court determines that this matter is appropriate for resolution without oral argument and VACATES the hearing. On May 1, 2014, plaintiff filed a first amended complaint, mooting defendants' motions. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992) ("[A]fter amendment the original pleading no longer performs any function and is 'treated thereafter as non-existent.'"). Accordingly, the Court DENIES as moot defendants' motions to dismiss and to strike plaintiff's complaint. Docket Nos. 9-11.

**IT IS SO ORDERED.**

Dated: May 9, 2014

SUSAN ILLSTON
United States District Judge