Clifford Campbell, SBN: 60734
Kimberly M. Drake, SBN: 209090
JARVIS, FAY, DOPORTO & GIBSON, LLP
492 Ninth Street, Suite 310
Oakland, CA 94607
Telephone: (510) 238-1400
Facsimile: (510) 238-1404
ccampbell@jarvisfay.com

Attorneys for Defendants CITY OF LARKSPUR,
LEONARD RIFKIND, DAN SCHWARZ, ROBERT
SINNOTT, CYNTHIA HUISMAN, SKY
WOODRUFF, AND ANITA RIMES

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN MARCH,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TWIN CITIES POLICE AUTHORITY, et al.,<br><br>　　　　Defendants. | CASE NO. CV 14-00512 SI<br><br>**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

**RECITALS**

1.　On July 11, 2014 the parties are required to file their Joint Case Management Conference Statement. On July 18, 2014 the parties are scheduled to attend the Case Management Conference, which is to be held at 2:30 p.m. in Courtroom 10.

2.　Also on July 11, 2014 at 9:00 a.m. the Court is scheduled to hear motions by all defendants, by which they seek to dismiss the Plaintiff's First Amended Complaint, or seek to strike those provisions from the Complaint which apply to them.

3.　The parties have stipulated and agreed that it would be beneficial to all of them if the Case Management Conference and its associated Case Management Conference Statement were postponed 30 days from their currently scheduled dates. This will provide them with the opportunity to

1  learn the Court's rulings on the various pending motions before they prepare for the Case Management

2  Conference.  The parties seek for the Case Management Conference to be rescheduled to the week of

3  August 18, 2014.

4      4.    Good cause exists for such a postponement.  No defendant has yet answered.  The

5  pleadings are not yet settled.  The current Case Management Conference was scheduled before two

6  defendants, Sky Woodruff and Anita Rimes, ever entered their appearances in this action.  After those

7  new defendants did so the Court scheduled all pending motions, including those previously scheduled by

8  the other defendants, to their current date of July 11. The pending motions are potentially dispositive.

9  The parties do not yet know, therefore, how many defendants will remain in the case after the Court

10  rules on the various pending motions.  Nor do the parties yet know what issues they will face after the

11  Court rules, what Initial Disclosures they will make, and what discovery will be required.  Without such

12  knowledge, the parties are not able to prepare a meaningful discovery schedule, or otherwise address the

13  various topics required within their Joint Case Management Conference Statement.

**STIPULATION**

15      1.    It is hereby stipulated that the Joint Case Management Conference, currently scheduled

16  for July 18, 2014, at 2:30 p.m. in Courtroom 10, may be postponed, and rescheduled for the first

17  available date on the Court's calendar, during the week of August 18, 2014, at the hour of 2:30 p.m.

18      2.    It is further stipulated that the parties' deadline for submission of their Joint Case

19  Management Conference statement, currently set for July 11, 2014, may be postponed until one week

20  before the rescheduled Case Management Conference date.

23  Dated: July 7, 2014        By: _____/s/_____
                                            Glen March
24                                              Plaintiff in propria persona

|   |   |   |
|---|---|---|
| | | JARVIS, FAY, DOPORTO & GIBSON, LLP |
| Dated: July 7, 2014 | By: | /s/_____<br>Clifford Campbell<br>Attorneys for Defendants CITY OF LARKSPUR, LEONARD RIFKIND, DAN SCHWARZ, ROBERT SINNOTT, CYNTHIA HUISMAN, SKY WOODRUFF AND ANITA RIMES |
| | | BERTRAND, FOX & ELLIOTT |
| Dated: July 7, 2014 | By: | /s/_____<br>Richard Osman<br>Attorneys for Defendants CENTRAL MARIN POLICE AUTHORITY, JAMES SHIRK, DAVID WOO, JENNA MCVEIGH and HAMID KHALILI |

### [PROPOSED] ORDER

Pursuant to the stipulation of the parties, the Case Management Conference shall be, and is hereby continued to August __29__, 2014 at 2:30 p.m. in Courtroom 10.  The Joint Case Management Conference Statement shall be filed one week prior to the conference.

___7/8/14_____                    ____/s/ Susan Illston_____
DATED                                                                         SUSAN ILLSTON
                                                                                    UNITED STATES DISTRICT COURT JUDGE

|   |   |
|---|---|
| 1 | **DECLARATION OF SERVICE** |

I, the undersigned, declare as follows:

I am a citizen of the United States and employed in the County of Alameda; I am over the age of eighteen years and not a party to the within entitled action; my business address is Jarvis, Fay, Doporto & Gibson, LLP, 492 Ninth Street, Suite 310, Oakland, California 94607.

On July 7, 2014, I served the within:

**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

on the parties in this action, by placing a true copy thereof in a sealed envelope(s), each envelope addressed as follows:

Glen A. March
205 East Third Street, Suite 400
San Mateo, CA 94402

*In Pro Per*

(X) (By First Class Mail) I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail to be mailed by First Class mail at Oakland, California.

( ) (By Hand) I personally delivered each such envelope to the offices of each addressee above.

( ) (By Facsimile) I caused each such document(s) to be sent via facsimile to the addressee(s) above.

( ) (By Federal Express) I caused each such envelope to be sent by Federal Express to the offices of each addressee above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 7, 2014, at Oakland, California.

/s/
Jennifer Oberholzer