UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDI LEVIGNE<br><br>Plaintiff(s),<br><br>v.<br><br>PAUL BROOKS, et al.<br><br>Defendant(s). | Case No: 3:14-CV-02983-SI<br><br>APPLICATION FOR<br>ADMISSION OF ATTORNEY<br>PRO HAC VICE<br>(CIVIL LOCAL RULE 11-3) |

I, Paul E. Paray, an active member in good standing of the bar of District of New Jersey, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Wendi LeVigne in the above-entitled action. My local co-counsel in this case is Ian A. Stewart, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 226 St. Paul Street<br>Westfield, NJ 07090 | 555 S. Flower Street, Suite 2900<br>Los Angeles, CA 900071 |
| MY TELEPHONE # OF RECORD:<br>(908) 654-8000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(213) 443-5100 |
| MY EMAIL ADDRESS OF RECORD:<br>pep@zwpllp.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>ian.stewart@wilsonelser.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 14131989.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: August 11, 2014

APPLICANT

---

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Paul Paray is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 8/18/14

UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                                October 2012

# Certificate of Good Standing



## United States of America

## District of New Jersey

I, WILLIAM T. WALSH, Clerk of the United States District Court for the District of New Jersey, do hereby certify that:

## Paul E. Paray

was duly admitted to practice in said Court as of June 1, 1989, and is in good standing as a member of the Bar of said Court.

Dated at Trenton, New Jersey
on: August 6, 2014



WILLIAM T. WALSH, CLERK

By _____

Marina Lucic, Deputy Clerk

U. S. District Court for the District of New Jersey does not entertain a grievance committee.
Contact Board of Bar Examiners, New Jersey State Supreme Court.

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 555 South Flower Street, 29th Floor, Los Angeles, California 90071.

On August 14, 2014, I caused the foregoing document described as

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

**(CIVIL LOCAL RULE 11-3)**

to be served on the interested parties in this action:

[X]   By placing [X] a true copy [] the original(s) thereof enclosed in sealed envelopes addressed as follows:

**SEE ATTACHED SERVICE LIST**

[X]   **(BY MAIL)** I caused such envelope(s) fully prepaid to be placed in the United States Mail at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence or mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under the laws of the State of California that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 14, 2014 at Los Angeles, California.

Michelle Kang

# SERVICE LIST

*Wendi Levigne v. Paul Brooks, et al.*
**USDC Case No.: 3:14-cv-02983-SI**
**Wilson Elser File No. 15856.00001**

| | |
|---|---|
| **DEFENDANT** | **DEFENDANT** |
| Paul Brooks<br>The Brooks Group & Assoc., Inc.<br>301 Lacey Street<br>West Chester, PA 19382 | The Brooks Group & Assoc., Inc.<br>301 Lacey Street<br>West Chester, PA 19382 |