Thomas F. Bertrand, State Bar No. 056560
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email: tbertrand@bfesf.com

Attorneys for Defendants
CENTRAL MARIN POLICE AUTHORITY,
JAMES SHIRK, DAVID WOO, JENNA
MCVEIGH and HAMID KHALILI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*IT IS SO ORDERED*
*Judge Susan Illston*

| | |
|---|---|
| GLEN MARCH,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TWIN CITIES POLICE AUTHORITY, et al.<br><br>　　　　Defendants. | Case No. 14-CV-00512-SI<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

### RECITALS

1.　　Plaintiff and all defendants herein have entered into an agreement to conclude this lawsuit.

2.　　Under the terms of this agreement, plaintiff is dismissing this action with prejudice as to all parties. Each party is bearing its/his/her own costs, including attorneys' fees. In furtherance of this agreement, the parties therefore hereby stipulate and agree as follows:

---

1

STIPULATION OF DISMISSAL WITH PREJUDICE
*March v. Twin Cities Police Authority, et al.*
U.S.D.C. Northern District of CA Case No.: 4:14-cv-00512-DMR

## STIPULATION

IT IS HEREBY STIPULATED by the parties hereto, that the above-captioned action be dismissed with prejudice in its entirety as to all defendants, each party to bear its/his/her own fees and costs, pursuant to FRCP 41(a)(ii).

IT IS HEREBY FURTHER STIPULATED by the parties hereto, that defendants SKY WOODRUFF and ANITA RIMES forever waive their right to collect from plaintiff the award of attorney's fees to them in the amount of $6,842.50 as ordered by the Court in Docket No. 58 in exchange for dismissal of the above-captioned action in its entirety with prejudice.

Dated: August 14, 2014

By: _____
Glen March
Plaintiff In Pro Per

Dated: August 15, 2014

BERTRAND, FOX & ELLIOT

By: _____
Thomas F. Bertrand
Attorneys for Defendants
CENTRAL MARIN POLICE AUTHORITY, JAMES SHIRK, DAVID WOO, JENNA MCVEIGH and HAMID KHALILI

Dated: August 15, 2014

JARVIS, FAY, DOPORTO & GIBSON, LLP

By: _____
Clifford Campbell
Attorneys for Defendants
CITY OF LARKSPUR, LEONARD RIFKIND, DAN SCHWARZ, ROBERT SINNOTT, CYNTHIA HUISMAN, SKY WOODRUFF, and ANITA RIMES

2

STIPULATION OF DISMISSAL WITH PREJUDICE
*March v. Twin Cities Police Authority, et al.*
U.S.D.C. Northern District of CA Case No.: 4:14-cv-00512-DMR